## Commonwealth *v.* Roulhac, Appellant.

Argued December 3, 1974. *George T. Guarnieri*, for appellant; *Flora E. Roomberg*, Assistant District Attorney, with her *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.